WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.△
THOMAS M. RUSSO
THOMAS M. CANEVARI †
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*†
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
PAMELA L. SCHULTZ**†
DANIEL J. FITZGERALD*†△
CAROLYN E. BUNDY
JAN P. GISHOLT†
SUSAN LEE*
EDWARD J. CARLSON

*ALSO ADMITTED IN NEW JERSEY
†ALSO ADMITTED IN CONNECTICUT
△ALSO ADMITTED IN WASHINGTON, D.C.
*ALSO ADMITTED IN LOUISIANA

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

NEW JERSEY OFFICE
549 SUMMIT AVENUE
JERSEY CITY, N.J. 07306-2701
TELEPHONE: (973) 623-5514
FACSIMILE: (973) 623 3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE: (203) 356-0377

OF COUNSEL
GEORGE B. FREEHILL

April 24, 2009

Our Ref: 233-09/MEU

By Facsimile: (212) 805-6382
The Hon. Victor Marrero
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street, Room 414
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-24-09
```

Re: QINGDAO SHUNHE SHIPPING CO., LTD. v. THE HADLEY
SHIPPING CO., LTD.
09cv2672 (VM)

Dear Judge Marrero:

We represent Plaintiff Qingdao Shunhe Shipping Co. Ltd. in the captioned Rule B maritime attachment action. We are pleased to advise the Court that the parties have agreed to settle their disputes. We herewith submit a proposed Order directing the funds held at Garnishee New York banks be released and discontinuing this action without prejudice.

We thank the Court for its courtesy and consideration in respect to the foregoing.

Respectfully submitted,
FREEHILL HOGAN & MAHAR LLP

Michael E. Unger

MEU/mc

NYDOCS1/328957.1

233-09/MEU/EJM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
QINGDAO SHUNHE SHIPPING CO., LTD.,

                Plaintiff,

       -against –

THE HADLEY SHIPPING CO., LTD.,

                Defendants.
------------------------------------------------------------x

09cv2672 (VM)

**ORDER DIRECTING RELEASE OF FUNDS AND DISCONTINUANCE OF ACTION**

It having been reported to the Court that the parties have agreed to resolve their disputes and Defendant THE HADLEY SHIPPING CO., LTD., not having made an appearance;

**IT IS HEREBY ORDERED AND DIRECTED** that the funds restrained by the Garnishee Banks in New York are to be released in accordance with their original wire instructions; and

**IT IS HEREBY FURTHER ORDERED AND DIRECTED** that this action be discontinued without prejudice and without costs as to either party.

Dated: New York, New York
       April 24, 2009

                                            "SO ORDERED"

                                            Honorable Victor Marrero, U.S.D.J.

> SO ORDERED. The Clerk of Court is directed to withdraw any pending motions in this action and to close this case.
>
> SO ORDERED.
>
> 4-24-09
> Date          Victor Marrero, U.S.D.J.

NYDOCS1/328956.1